UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY SHERROD,
        Plaintiff,

        v.

ANDREW BREITBART and
LARRY O'CONNOR,
        Defendants.

Case No. 1:11-cv-00477-RJL

## REPORT TO THE UNITED STATES DISTRICT COURT

Pursuant to this Court's request during the discovery hearing held on October 3, 2012, the undersigned counsel has inquired as to the status of any estate regarding Decedent, Andrew Breitbart.

No estate has been opened; and, there are no pending or imminent plans to open an estate for Mr. Breitbart. We have confirmed this status with Mr. Breitbart's widow, Ms. Susannah Breitbart, and her counsel.

We are also constrained to state that we do not represent Ms. Susannah Breitbart and/or her family.

The attorney for Ms. Susannah Breitbart is Philip S. Magaram of Valensi Rose PLC, 1888 Century Park East, Suite 1100, Los Angeles, CA 90067.

Dated: October 31, 2012

        Respectfully submitted,
        /s/ Glen Donath
        Glen Donath (D.C. Bar #460582)
        KATTEN MUCHIN ROSENMAN LLP
        2900 K Street NW, North Tower
        Suite 200
        Washington, DC 20007-5118
        Telephone: 202-625-3535
        Facsimile: 202-339-6058

*Attorneys for Appellant, Andrew Breitbart*

Alan D. Croll (*admitted pro hac vice*)
Ryan J. Larsen (*admitted pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310-788-4400
Facsimile: 310-788-4471

*Attorneys for Appellant, Andrew Breitbart*

1