# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHIRLEY SHERROD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 11-00477 (RJL) |
| ANDREW BREITBART *et al.*, | ) | |
| Defendants. | ) | |

## PLAINTIFF SHIRLEY SHERROD'S
## MOTION TO CONVENE A STATUS CONFERENCE

Plaintiff Shirley Sherrod, by and through her undersigned attorneys, respectfully moves this Court to schedule a Status Conference.

On June 25, 2013, a panel of the D.C. Circuit unanimously affirmed this Court's denial of Defendants' Motion to Dismiss under the District of Columbia's Anti-SLAPP Act. As Defendants did not request reconsideration or *en banc* review from the D.C. Circuit, the mandate formally issued from the D.C. Circuit on August 6, 2013, leaving no doubt that this Court again has jurisdiction over this case. Given the length of time taken by Defendants' appeal and the existence of unresolved issues relating to the status of Defendant Breitbart in this matter following his untimely death last year, Plaintiff believes that a Status Conference is both necessary and helpful for the parties and Court to address these and other issues, and to ensure the orderly progression of the case toward discovery and trial.

Pursuant to Local Rule 7(m), Plaintiff has conferred with counsel for Defendants regarding this motion. Defendant O'Connor does not oppose and Defendant Breitbart takes no position on the relief requested herein.

Dated:  August 12, 2013     Respectfully submitted,

           /s/ Thomas A. Clare, P.C.
          Thomas D. Yannucci, P.C. (D.C. Bar #358989)
          Michael D. Jones (D.C. Bar #417681)
          Thomas A. Clare, P.C. (D.C. Bar #461964)
          Beth A. Williams (D.C. Bar #502522)
          Peter A. Farrell (D.C. Bar # 975579)
          KIRKLAND & ELLIS LLP
          655 Fifteenth Street, N.W.
          Washington, DC 20005
          Tel: (202) 879-5000
          Fax: (202) 879-5200
          thomas.yannucci@kirkland.com
          michael.jones@kirkland.com
          thomas.clare@kirkland.com
          beth.williams@kirkland.com
          peter.farrell@kirkland.com

          *Attorneys for Plaintiff*