# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 11-7088                                             September Term, 2012
                                                        FILED ON: JUNE 25, 2013

SHIRLEY SHERROD,
    APPELLEE

v.

ANDREW BREITBART AND LARRY O'CONNOR,
    APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:11-cv-00477)



Before: BROWN and GRIFFITH, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
Jennifer M. Clark
Deputy Clerk

Date: June 25, 2013

Opinion for the court filed by Senior Circuit Judge Randolph.
Concurring opinion filed by Circuit Judge Griffith.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk