UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY SHERROD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW BREITBART, LARRY ) <br> O'CONNOR, AND JOHN DOE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:11-cv-00477 (RJL) |

### **UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING JOHN DOE**

COMES NOW Defendant Larry O'Connor, by and through his counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and hereby moves this Court for entry of a Protective Order restricting disclosure of Defendant John Doe's identity to this Court and counsel of record. The reasons for granting this Motion are fully set forth in the Memorandum in Support that is attached hereto and incorporated herein. A proposed Order is also attached.

Pursuant to Local Rule 7(m), the undersigned counsel conferred with counsel for Plaintiff regarding this motion. Counsel for Mr. O'Connor also has consulted with counsel for John Doe. Counsel for Doe has represented to Mr. O'Connor's counsel that, subject to the entry of the Protective Order sought herein, he will accept service of a subpoena which may be issued by Plaintiff's counsel to Doe for a possible deposition and documents. Counsel for Mr. O'Connor represent their authority to make this representation on behalf of Mr. Doe's counsel, and Mr. Doe's counsel agrees to be bound by this representation. Based on this representation, Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested herein.

DATED: September 6, 2013

        Respectfully submitted,

        /s/ Mark I. Bailen
        Bruce W. Sanford (356568)
        Bruce D. Brown (457317)
        Mark I. Bailen (459623)
        BAKER & HOSTETLER LLP
        1050 Connecticut Ave. NW, Suite 1100
        Washington, DC 20036
        Tel:  202-861-1715
        Fax:  202-861-1783
        bsanford@bakerlaw.com
        bbrown@bakerlaw.com
        mbailen@bakerlaw.com

        *Attorneys for Defendant Larry O'Connor*