# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHIRLEY SHERROD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. A. No. 11-00477 (RJL) |
| v. | ) | |
| | ) | |
| ANDREW BREITBART *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED]ORDER

Upon consideration of Plaintiff Shirley Sherrod's Motion for Substitution of Parties, it is

hereby:

**ORDERED** that Plaintiff's motion is **GRANTED;** it is further

**ORDERED** that "Susannah Breitbart, as successor to Andrew Breitbart, Deceased" shall

be substituted for Defendant Andrew Breitbart.

**SO ORDERED.**

Dated: _____

_____
RICHARD J. LEON
United States District

<u>Copies to:</u>

Thomas D. Yannucci, P.C.
Michael D. Jones
Thomas A. Clare, P.C.
Beth A. Williams
Peter A. Farrell
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
*Attorneys for Plaintiff Shirley Sherrod*

Bruce W. Sanford
Mark I. Bailen
BAKER & HOSTETLER LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
*Attorneys for Defendant Larry O'Connor*

Alan D. Croll
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
*Attorneys for Defendant Andrew Breitbart*

Glen Donath
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W., Suite 200
Washington, DC 20007-5118
*Attorney for Defendant Andrew Breitbart*