UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY SHERROD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW BREITBART, LARRY )<br>O'CONNOR, AND JOHN DOE, )<br>)<br>Defendants. )<br>) | Case No. 1:11-cv-00477 (RJL) |

**KATTEN MUCHIN ROSENMAN LLP'S MOTION TO WITHDRAW AS COUNSEL**

Pursuant to D.C. Local Rule 83.6(c), Katten Muchin Rosenman LLP ("Katten") respectfully requests to withdraw as counsel in this case. In support of the Motion, Katten states as follows:

1. Katten has represented defendant Andrew Breitbart in this case. Katten has not and does not represent defendants Larry O'Connor or John Doe.

2. On March 1, 2012, Mr. Breitbart passed away.

3. Since that time, Katten has remained on the service list and appeared at hearings.

4. As Katten no longer represents a party in this case, and believes that it has fulfilled its obligations to the Court and opposing counsel, Katten respectfully requests that the Court grant the Motion.

5. Katten has met and conferred with counsel for Plaintiff Shirley Sherrod and Defendant Larry O'Connor concerning this Motion. Counsel for Sherrod states that Sherrod takes no position on the Motion. Counsel for O'Connor states that O'Connor does not oppose the Motion.

- 2 -

| | |
|---|---|
| Dated: September 26, 2013 | /s/ Glen Donath |
| | Glen Donath (D.C. Bar #460582) |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 2900 K Street, NW, Suite 200 |
| | Washington, DC 20007 |
| | Tel: 202-625-3700 |
| | Fax: 202-295-1107 |
| | |
| | Alan D. Croll (admitted *pro hac vice*) |
| | Ryan J. Larsen (admitted *pro hac vice*) |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 2029 Century Park East, Suite 2600 |
| | Los Angeles, CA 90067 |
| | Tel: 310-788-4400 |
| | Fax: 310-788-4471 |