UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY SHERROD<br><br>            **Plaintiff,**<br><br>**v.**<br><br>**ANDREW BREITBART, LARRY<br>O'CONNOR, AND JOHN DOE,**<br><br>            **Defendants.** | Case No. 1:11-cv-00477 (RJL) |

## <u>NON-PARTY MOVANT'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE</u>

COMES NOW non-party movant Susannah Breitbart ("Mrs. Breitbart"), by and through her counsel at Reed Smith, LLP ("Reed Smith"), and hereby requests leave of this Court to appear as amicus curiae for purposes of filing an unopposed motion regarding Plaintiff Shirley Sherrod's Motion for Substitution of Deceased Defendant ("Motion").[1]

1.      Mrs. Breitbart, a California resident, is not and never has been a party to this action.  She is the surviving spouse of deceased defendant Andrew Breitbart.  Mrs. Breitbart and her four minor children are the successors to Andrew Breitbart, deceased, under California law.

2.      On September 18, 2013, Plaintiff filed the Motion to substitute Mrs. Breitbart in place of her late husband as a defendant in this matter.

---

[1]      The undersigned counsel was advised that because Mrs. Breitbart is not a party to this case, in order to file a motion she must either must either appear on behalf of the deceased defendant or seek to appear as a non-party movant as an amicus curiae.  Mrs. Breitbart therefore seeks to appear as a non-party amicus curiae in order to file the attached unopposed motion related Plaintiff's Motion to add her as a party.

3.      On September 20, 2013, Plaintiff's counsel contacted Reed Smith, confirmed that Reed Smith had been retained to represent Mrs. Breitbart in connection with this matter, and inquired whether Reed Smith would agree to accept service of the Motion on behalf of Mrs. Breitbart.  In response to Reed Smith's inquiry as to when the Motion would be heard and when a response would be due, Plaintiff's counsel thereafter sent a copy of the transcript from the September 11, 2013 Status Conference held in this matter (the "Transcript").

4.      On September 23, 2013, Reed Smith advised Plaintiff's counsel that it was authorized to accept, and on that same day did accept, service of the Motion and Notice of Hearing on behalf of Mrs. Breitbart.

5.      With reference to the Transcript, Plaintiff's counsel has advised that the Court directed Plaintiff to file its substitution motion within one week (*i.e.*, by September 18, 2013) and further that any opposition be filed within one week thereafter.

6.      Mrs. Breitbart respectfully seeks leave to appear as amicus curiæ in order to file the motion attached hereto as Exhibit A addressing the hearing date and briefing schedule for the Motion or, in the alternative seeking additional time to respond to the Motion, should she determine to oppose the Motion.

7.      The undersigned counsel contacted Plaintiff's counsel who does not oppose Mrs. Breitbart's appearance as amicus curiæ for purposes of filing the attached unopposed motion.

WHEREFORE, Mrs. Breitbart respectfully requests that the Court grant her leave to appear as amicus curiæ.

Respectfully Submitted,


___/s/ Eric A. Dubelier_____

REED SMITH LLP
Eric A. Dubelier (Bar. No. 419412)
Daniel Z. Herbst (Bar. No. 501161)
1301 K Street NW
Suite 1100 – East Tower
Washington DC 20005
edubelier@reedsmith.com
dherbst@reedsmith.com

Attorneys for Non-party Susannah Breitbart

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of September, 2013, copies of Non-Party

Movant Susannah Breitbart's Motion to for Leave to Appear Amicus Curiae was served via

CM/ECF, upon all counsel of record.


                                   __/s/ Eric A. Dubelier_____

                                   Eric A. Dubelier