UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY SHERROD, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW BREITBART *et al.*, )<br>)<br>    Defendants. )<br>) | Civ. A. No. 11-00477 (RJL) |

**AFFIDAVIT OF SERVICE**

I, Thomas A. Clare, P.C., hereby state that:

On September 23, 2013, I caused a true and correct copy of the Notice of Hearing, Motion for Substitution of Deceased Defendant Andrew Breitbart, and the Complaint in the above captioned case to be served by email upon Harrison J. Dossick at hdossick@reedsmith pursuant to Federal Rule of Civil Procedure 4.  Mr. Dossick is counsel to Susannah Breitbart, represented that he was authorized to accept service on her behalf, and agreed to accept service of these items via email.

On October 18, 2013 I caused to be deposited in the United States Mail a copy of the Notice of Hearing, Motion for Substitution of Deceased Defendant Andrew Breitbart, and the Complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following:

> Harrison J. Dossick
> Reed Smith LLP
> 1901 Avenue of the Stars, Suite 700
> Los Angeles, CA 90067

I have received the receipt for certified mail (attached hereto), indicating that delivery of the Notice of Hearing, Motion for Substitution of Deceased Defendant Andrew Breitbart, and the

Complaint was made upon said party.

I declare under penalty of perjury that the foregoing is true and correct

Dated: October 24, 2013                                    Respectfully submitted,

                                                         By: */s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Thomas.Clare@kirkland.com

*Attorney for Shirley Sherrod*

Case 1:11-cv-004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harrison J. Dossick
Reed Smith LLP
1901 Avenue of the Stars
Suite 700
Los Angeles CA 90067

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Manuel Mayorga    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Meghan Rishel
655 Fifteenth St NW
Suite 1200
Washington DC 20005