# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Mark I. Bailen
direct dial: 202.861.1715
MBailen@bakerlaw.com

January 30, 2014

The Honorable Richard J. Leon
United States District Court
333 Constitution Avenue, NW
Washington, DC  20001

Re:   Shirley Sherrod v. Andrew Breitbart, Larry O'Connor, and John Doe
      Case No. 1:11-cv-00477 (RJL)

Dear Judge Leon:

    I am writing on behalf of the parties in response to Your Honor's direction at the December 18, 2013 status conference to advise the Court if the Department of Justice indicates that it intends to raise objections to discovery served on the United States Department of Agriculture ("USDA") and/or the Executive Office of the President ("EOP") based on executive privilege or some variation thereof.

    The parties are engaged in active negotiations with counsel from the Justice Department concerning the scope of the parties' respective subpoenas to USDA and my client's subpoena to EOP, but regardless of the outcome of these negotiations, the Government confirmed this week that it intends to assert "executive privilege" and "deliberative process privilege" objections as purported grounds for withholding at least some documents and information from both the USDA and the EOP.

    Your Honor indicated that, under these circumstances, the Court may wish to schedule a hearing with the participation of counsel from the Government.  We have conferred with counsel for the parties and the Justice Department attorney handling this matter, David Glass, and all counsel are available for such a hearing between February 19-21, 2014 and February 25-27, 2014.

Yours sincerely,

Mark I. Bailen

cc:     Counsel of Record

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC