**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHIRLEY SHERROD,　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　　Plaintiff,　　　　) | |
| 　　　　　　　　　　　　　　　　) | CIV. A. NO. 11-00477 (RJL) |
| 　　　v.　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | **ORAL ARGUMENT REQUESTED** |
| ANDREW BREITBART, *et al.*,　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　　Defendants.　　　　) | |
| 　　　　　　　　　　　　　　　　) | |

**PLAINTIFF SHIRLEY SHERROD'S REPLY IN SUPPORT OF**
**HER MOTION TO ADOPT MODIFIED USDA DISCOVERY PLAN**

Thomas D. Yannucci, P.C. (D.C. Bar #358989)
Michael D. Jones (D.C. Bar #417681)
Thomas A. Clare, P.C. (D.C. Bar #461964)
Beth A. Williams (D.C. Bar #502522)
Peter A. Farrell (D.C. Bar #975579)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for Plaintiff*

Dated: March 21, 2014

Several days after Plaintiff filed her motion on March 3, 2014, the Department of Justice contacted Plaintiff's counsel to explain that USDA had decided to change its position regarding its response to Plaintiff's and Defendant O'Connor's requests for documents. In particular, DOJ explained that USDA would drop its relevance objections with respect to emails that are related to the events described in Plaintiff's Complaint, but that USDA would need even more time—up to 180 days (6 months) or more[1]—to load many of those emails into a document-review platform. Because USDA would need additional time after that for document review and processing, its document production likely would not be finished until months after the fact-discovery deadline of May 9, 2014 set by the Court's November 19, 2013 Scheduling Order [Dkt. 82].

Such a long amount of time for the USDA's document loading, review, and production would significantly delay this case even further, making the current schedule unworkable. Plaintiff is willing to consider any number of options to avoid this delay. In light of the USDA's new timing estimates, Plaintiff explained to DOJ that it should be possible to complete USDA's document production more quickly by reducing the amount of time USDA would spend loading emails into a review platform and by reducing the time USDA would spend reviewing emails. *See* Ex. 1 (Mar. 12, 2014 P. Farrell Letter). Plaintiff thus asked that USDA continue exploring ways to reduce its time estimate for loading emails. *Id.* Plaintiff also proposed a revised, more streamlined discovery plan that would reduce the overall number of documents, and thus reduce the time for loading and reviewing those documents. The revised plan reduces the breadth of both Mr. O'Connor's March 3, 2014 plan[2] and Plaintiff's January 27, 2014 plan,[3] but retains the

---

[1]   During a telephone discussion with Plaintiff's counsel before DOJ filed its brief, DOJ initially estimated that USDA might need 200 days or more to load those emails into a document-review platform.

[2]   Ex. 1 to Mr. O'Connor's March 3, 2014 motion [Dkt. 93-11].

aspects of both plans that are most likely to lead to the discovery of relevant documents.   *See* Mar. 12, 2014 P. Farrell Letter.   Plaintiff asked USDA to adopt her March 12, 2014 revised discovery plan as a substitute for the plans Mr. O'Connor and Plaintiff previously proposed.  *Id.*

Notwithstanding the foregoing, DOJ's response brief incorrectly suggests that Plaintiff now agrees that USDA should adopt Mr. O'Connor's March 3, 2014 discovery plan (in addition to Plaintiff's January 27 plan).   *See* Mar. 13, 2014 DOJ Resp. to Plf.'s Mot. to Adopt & O'Connor's Mot. to Compel at 4-5 [Dkt. 97].   Moreover, although DOJ acknowledges that it received Plaintiff's March 12, 2014 letter, *id.* at 5, DOJ's brief does not address the specifics of Plaintiff's revised discovery plan.   According to DOJ, that was because DOJ was not able to analyze Plaintiff's three-page letter before DOJ filed its papers.[4]   *See* DOJ Br. at 5 n.5.[5] Whatever the reason, DOJ's explanation of Plaintiff's response to USDA's new position is not correct.

To be clear, Plaintiff appreciates that USDA decided to drop the relevance and related objections it had been asserting in response to the electronic-document searches Plaintiff previously requested.   Unfortunately, USDA waited months to make that decision.   If it had done so earlier—or at least had collected emails under DOJ's own discovery plan—USDA's document production would have been well on its way to completion by now.   Instead, USDA states that it will not be able to finish its document production by the Court's fact-discovery deadline and asks that it be allowed to continue producing documents well beyond that date.   *See*

---

[3]  Ex. 1 to Plaintiff's March 3, 2014 motion [Dkt. 94-1].

[4]   The day after receiving DOJ's March 13 response brief, Plaintiff asked DOJ to correct its explanation of Plaintiff's position.  *See* Ex. 2 (Mar. 14, 2014 P. Farrell Letter).  DOJ declined to do so.  *See* Ex. 3 (Mar. 17, 2014 M. Edney Letter).

[5]   DOJ's brief also does not explain the reason that Plaintiff sent her letter when she did—namely, that DOJ only provided its new proposal on March 10, 2014 and revised the proposal the afternoon before DOJ's brief was due. *See* Mar. 14, 2014 P. Farrell Letter.

DOJ Br. at 2.  Because Plaintiff would like to move this case forward without delay, Plaintiff cannot agree to DOJ's current plan.

## CONCLUSION

Accordingly, Plaintiff respectfully asks that the Court (1) schedule a hearing to address options for shortening the amount of time USDA believes it will need to load emails into a document-review system and (2) order USDA to adopt Plaintiff's March 12, 2014 discovery plan, which would shorten the amount of time USDA will spend reviewing and producing emails after they are collected.

Dated:  March 21, 2014                    Respectfully submitted,


By:  /s/ Thomas A. Clare, P.C.
      Thomas D. Yannucci, P.C. (D.C. Bar #358989)
      Michael D. Jones (D.C. Bar #417681)
      Thomas A. Clare, P.C. (D.C. Bar #461964)
      Beth A. Williams (D.C. Bar #502522)
      Peter A. Farrell (D.C. Bar #975579)
      KIRKLAND & ELLIS LLP
      655 Fifteenth Street, N.W.
      Washington, DC 20005
      Tel: (202) 879-5000
      Fax: (202) 879-5200
      thomas.yannucci@kirkland.com
      michael.jones@kirkland.com
      thomas.clare@kirkland.com
      beth.williams@kirkland.com
      peter.farrell@kirkland.com

      *Attorneys for Plaintiff*