**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SHIRLEY SHERROD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 11-00477 (RJL) |
| | ) | |
| ANDREW BREITBART *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

To the Clerk of this Court and all parties of record:

Please be advised that, effective March 28, 2014, Thomas A. Clare, P.C. is no longer affiliated with the law firm of Kirkland & Ellis LLP, and instead is affiliated with the law firm Clare Locke LLP.

Going forward, all documents and correspondence in the above-captioned matter should be served on counsel for Plaintiff Shirley Sherrod at the following addresses:

    Thomas D. Yannucci, P.C. (D.C. Bar #358989)
    Michael D. Jones (D.C. Bar #417681)
    Beth A. Williams (D.C. Bar #502522)
    Peter A. Farrell (D.C. Bar #975579)
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 879-5000
    Facsimile: (202) 879-5200

    -and-

    Thomas A. Clare (D.C. Bar #461964)
    CLARE LOCKE LLP
    902 Prince Street
    Alexandria, VA 22314
    Telephone: (202) 628-7400

Dated: April 3, 2014                                        Respectfully submitted,

By:  */s/ Beth A. Williams*
Beth A. Williams (D.C. Bar #502522)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
beth.williams@kirkland.com

*Attorney for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Change of Firm Affiliation was filed electronically on this 3rd day of April, 2014.  Notice of this filing will be sent to, and may be accessed by, all parties by the Court's electronic filing system.

Dated:  April 3, 2014                                  Respectfully submitted,

                                                                       */s/ Beth A. Williams*