UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY SHERROD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW BREITBART, LARRY ) <br> O'CONNOR, AND JOHN DOE, ) <br> ) <br> Defendants. ) | Case No. 1:11-cv-00477 (RJL) |

### CONSENT MOTION FOR STATUS CONFERENCE

COMES NOW Defendant Larry O'Connor, by and through his counsel and respectfully requests, with the consent of all parties, that the Court convene a Status Conference to receive reports about the sequence and timing of discovery and case status.

As the Court is aware, the United States Department of Agriculture ("USDA") and the Executive Office of the President of the United States ("EOP") have agreed to produce documents in response to the subpoenas issued by O'Connor and, as to the USDA, Plaintiff Shirley Sherrod. However, because of "various limitations that hamper collection efforts and result in the lengthy timeframes" for document collection and review, the Government estimated that it needed as much as 180 days to collect the documents in response to the subpoenas to the USDA, and then additional time for review and production. *See* Dkt No. 97 at 11. The Department of Justice indicated in its filings that the USDA and EOP began the process of collecting and reviewing the responsive documents last month. *Id.* at 5; Dkt No. 96 at 1. In follow-up communications with counsel for the Government, we have been informed that EOP should be able to begin its production later this month. Counsel did not have an estimate as to when USDA would begin its rolling production, however, it is clear that all or nearly all of the

- 2 -

USDA's production will occur after the May 9, 2014 deadline for fact discovery as set forth in the Court's scheduling order. The parties also wish to update the Court regarding the status of the parties' other discovery.

All counsel, including counsel for the Government, are available to appear for a Status Conference on the following dates: the afternoon of April 17 or all day on April 18, 21 and 22, 2014.

WHEREFORE, Defendant Larry O'Connor respectfully requests that the Court schedule a Status Conference on a date set forth above.

Respectfully submitted,

/s/ Mark I. Bailen
Bruce W. Sanford (356568)
Bruce D. Brown (457317)
Mark I. Bailen (459623)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: 202-861-1715
Fax: 202-861-1783
bsanford@bakerlaw.com
bbrown@bakerlaw.com
mbailen@bakerlaw.com

*Attorneys for Defendant Larry O'Connor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2014, I served a true and correct copy of the foregoing Consent Motion for Status Conference via CM/ECF on the following:

Thomas D. Yannucci, P.C.
Michael D. Jones
Beth A. Williams
Peter A. Farrell
KIRKLAND & ELLIS LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
thomas.yannucci@kirkland.com
michael.jones@kirkland.com
beth.williams@kirkland.com
peter.farrell@kirkland.com

Thomas A. Clare
CLARE LOCKE LLP
902 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com

*Attorneys for Shirley Sherrod*

David M. Glass
Marsha Stelson Edney
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-4469
Fax: (202) 616-8470
david.glass@usdoj.gov
marsha.edney@usdoj.gov

*Attorneys for United States*

Eric A. Dubelier
Daniel Z. Herbst
REED SMITH LLP
1301 K Street NW
Suite 1100, East Tower
Washington, DC 20005
Tel: (202) 414-9200
Fax: (202) 414-9299
edubelier@reedsmith.com
dherbst@reedsmith.com

Harrison J. Dossick
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067-6078
Tel: (310) 734-5200
Fax: (310) 734-5299
hdossick@reedsmith.com

*Attorneys for Susannah Breitbart*

/s/ Mark I. Bailen