UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY M. SHERROD,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW BREITBART, *et al.*,<br><br>Defendants. | No. 1:11-cv-00477-RJL<br><br>PRIVACY ACT STIPULATION AND PROTECTIVE ORDER |

**A.     Background**

1. Subject to certain exceptions, the Privacy Act provides that "[n]o agency shall disclose any record which is contained in a system of records by any means of communication to any person." 5 U.S.C. § 552a(b).

2. A disclosure otherwise prohibited by § 552a(b) is permitted if the disclosure takes place "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11).

3. The United States wishes to avoid any claim under the Privacy Act that might result from any disclosure in this action of any record which is contained in a system of records in response to any request for discovery.

**B.     Stipulation and Order**

In view of the foregoing, it is hereby stipulated and agreed as follows by and among the undersigned, subject to the approval of the Court:

1. As used in this stipulation and order, the following terms shall have the following meanings: (a) Parties shall mean plaintiff Shirley M. Sherrod, defendant Larry O'Connor, and defendant Susannah Breitbart, as successor to Andrew Breitbart, deceased, but shall not mean

defendant John Doe; (b) Counsel shall mean counsel in this action for any of the Parties; and (c) Request for Discovery shall mean any request for discovery issued in this action by any of the Parties to the United States, to any agency of the United States, or to any employee of the United States.

2. The United States and its agencies and employees are hereby authorized pursuant to 5 U.S.C. § 552a(b)(11) to disclose "record[s] which [are] contained in a system of records," 5 U.S.C. § 552a(b), to Counsel in response to any Request for Discovery.

3. Any record which is contained in a system of records that is disclosed to Counsel in response to any Request for Discovery and is thus covered by this stipulation and order shall be clearly identified as such in writing at the time of its disclosure to Counsel.

4. Nothing in this stipulation and order shall constitute a finding or admission that the United States or any agency of the United States is required to produce any document or information to any person.

5. Nothing in this stipulation and order shall constitute a waiver of any claim of privilege or statutory ground for withholding that the United States or any agency of the United States may have with respect to any document, portion of document, or information.

6. Any record which is contained in a system of records that is disclosed to Counsel in response to any Request for Discovery shall be used exclusively for purposes related to this action and shall not be disclosed to the press or to the media or be used for any other purpose.

7. No record which is contained in a system of records that is disclosed to Counsel in response to any Request for Discovery shall be re-disclosed by Counsel except to colleagues of Counsel or employees of Counsel actively involved in the prosecution or defense of this action; consultants or experts hired or retained by Counsel in connection with the prosecution or defense

of this action; the Parties themselves; the Court; or witnesses (including their counsel) in connection with the prosecution or defense of this action.

    8. No record which is contained in a system of records that is disclosed to Counsel in response to any Request for Discovery shall be filed with the Court except under seal.

    9. Except in the case of disclosures to the Court, no individual shall review or be permitted to review any record which is contained in a system of records that is disclosed to Counsel in response to any Request for Discovery unless and until the individual has executed the following acknowledgment and has returned the executed acknowledgment to Counsel for retention by Counsel during the pendency of this action:

> I, _____, hereby declare under penalty of perjury that I have read the stipulation and order in *Sherrod v. Breitbart*, No. 1:11-cv-00477-RJL (D.D.C.) (*Sherrod*), dated [insert the date of this stipulation and order]. I agree to refrain from using or disclosing any record which is contained in a system of records that is disclosed to counsel for any party in *Sherrod* in response to any request for discovery in *Sherrod* other than in strict compliance with the terms of that stipulation and order. I acknowledge that my duties under the stipulation and order shall survive the termination of *Sherrod* and that my failure to comply with the terms of the stipulation and order may result in the imposition of sanctions by the Court.
>
> Dated:_____ Signed:_____

    10. Within 120 days of the termination of this action (including the final resolution of any appeals), Counsel shall destroy or delete all records which are contained in a system of records that have been disclosed to Counsel in response to any Request for Discovery, except that Counsel may retain in unredacted form any document filed with the Court by the Court or by Counsel.

| | |
|---|---|
| Dated: April 18, 2014 | /s/ Peter A. Farrell (by email authorization) |

Thomas D. Yannucci, P.C. (D.C. Bar #358989
Michael D. Jones (D.C. Bar #417681)
Beth A. Williams (D.C. Bar #502522)
Peter A. Farrell (D.C. Bar #975579)
Alexander Stege, D.C. Bar #1005824)
Heather A. Bloom (admitted pro hac vice)
Jonathan F. Ganter (admitted pro hac vice)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
thomas.yannucci@kirkland.com
michael.jones@kirkland.com
beth.williams@kirkland.com
peter.farrell@kirkland.com
alexander.stege@kirkland.com
heather.bloom@kirkland. com
jonathan.ganter@kirkland.com

Thomas A. Clare (D.C. Bar #461964)
CLARE LOCKE LLP
902 Prince Street
Alexandria, VA  22314
Telephone: (202) 628-7400

*Attorneys for Plaintiff Shirley Sherrod*

| | |
|---|---|
| Dated: April 18, 2014 | /s/ Daniel Z. Herbst (by email authorization) |

REED SMITH LLP
Eric A. Dubelier (Bar. No. 419412)
Daniel Z. Herbst (Bar. No. 501161)
1301 K Street NW
Suite 1100 – East Tower
Washington DC 20005
Telephone 202-414-9200
Fax 202-414-9299
edubelier@reedsmith.com
dherbst@reedsmith.com

|  |  |
|---|---|
|  | Harrison J. Dossick (*Pro hac vice*)<br>1901 Avenue of the Stars<br>Suite 700<br>Los Angeles, CA 90067<br>310.734.5200<br>Fax +1 310.734.5299<br>hdossick@reedsmith.com |
|  | *Attorneys for Susannah Breitbart, as successor to Andrew Breitbart (deceased)* |
| Dated: April 18, 2014 | *s/ Mark I. Bailen* (by email authorization)<br>Mark I. Bailen, DC Bar 459623<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Avenue N.W., Suite 1100<br>Washington, D.C. 20036<br>Tel: (202) 861-1577/Fax: (202) 861-1783<br>Email: mbailen@bakerlaw.com |
|  | *Attorneys for Defendant O'Connor* |
| Dated: April 18, 2014 | STUART F. DELERY<br>Assistant Attorney General<br>RONALD C. MACHEN<br>United States Attorney<br>ARTHUR R. GOLDBERG<br>Ass't Br. Dir., Dep't of Justice, Civ. Div. |
|  | s/ *David M. Glass*<br>MARSHA STELSON EDNEY, DC Bar 414271<br>DAVID M. GLASS, DC Bar 544549<br>Sr. Trial Counsel, Dep't of Justice, Civ. Div.<br>20 Mass. Ave., N.W., Room 7200<br>Washington, D.C. 20530-0001<br>Tel: (202) 514-4469/Fax: (202) 616-8470<br>E-mail: david.glass@usdoj.gov |
|  | *Attorneys for the United States* |

APPROVED AND SO ORDERED.

Dated:_____          _____
                                    RICHARD J. LEON
                                    U.S. DISTRICT JUDGE