# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY SHERROD, ) <br> ) <br> Plaintiff, ) <br> ) CIV. A. NO. 11-00477 (RJL) <br> v. ) <br> ) <br> ANDREW BREITBART, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Pursuant to Federal Rules of Civil Procedure 16 and 26, the Parties hereby move the Court for an amended Scheduling Order extending the close of fact discovery to September 9, 2014, and all other case deadlines accordingly.

Dated: April 29, 2014

/s/
Bruce W. Sanford
Bruce Brown
Mark I. Bailen
Thomas E. Hogan
Laurie A. Babinski
BAKER & HOSTETLER LLP
1050 Connecticut Avenue NW,
Suite 1100
Washington, DC 20036
Tel: (202) 861-1715
Fax:(202) 861-1783
*Attorneys for Defendant Larry O'Connor*

/s/ *Beth A. Williams*
Thomas D. Yannucci, P.C. (D.C. Bar #358989)
Michael D. Jones (D.C. Bar #417681)
Beth A. Williams (D.C. Bar #502522)
Peter A. Farrell (D.C. Bar #975579)
Alexander G. Stege (D.C. Bar #1005824)
Heather Bloom (D.C. Bar #988511),
*admitted pro hac vice*
Jonathan Ganter (D.C. Bar #998378),
*admitted pro hac vice*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
*Attorneys for Plaintiff*

| | |
|---|---|
| \_/s/_____<br>Eric A. Dubelier<br>Daniel Z. Herbst<br>REED SMITH LLP<br>1301 K Street NW, Suite 1100 ─ East Tower<br>Washington, DC 20005<br>Tel: (202) 414-9200<br>Fax: (202) 414-9299<br>*Attorneys for Susannah Breitbart, as successor to Defendant Andrew Breitbart, Deceased*<br><br>Harrison J. Dossick<br>REED SMITH LLP<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067-6078<br>Tel: (310) 734-5200<br>Fax: (310) 734-5299<br>*Attorneys for Susannah Breitbart, as successor to Defendant Andrew Breitbart, Deceased* | Thomas A. Clare, P.C. (D.C. Bar #461964)<br>CLARE LOCKE LLP<br>902 Prince Street<br>Alexandria, VA 22314<br>Tel: (202) 628-7400<br>*Attorney for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SHIRLEY SHERROD, | ) ) ) | |
| Plaintiff, | ) ) | CIV. A. NO. 11-00477 (RJL) |
| v. | ) ) | |
| ANDREW BREITBART, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Dated: April 29, 2014

## INTRODUCTION

Because several obstacles make the current May 9, 2014 fact discovery cutoff unfeasible, the Parties respectfully request a revised Scheduling Order extending the close of fact discovery by four months to September 9, 2014, and all other case deadlines accordingly. First and foremost, the USDA has yet to complete document productions in response to the outstanding subpoenas. In an effort to avoid multiple depositions of the same witnesses and for the efficient and orderly sequencing of discovery, the Parties would prefer that these document productions be completed before depositions of government witnesses are taken. The Parties also anticipate receiving documents from other third parties in response to outstanding subpoenas, documents that may not be produced until after the current May 9, 2014 fact discovery cutoff. In addition, the parties are attempting to resolve their discovery disputes before proceeding with party depositions. The Parties will work diligently to address these issues, but cannot do so within the current schedule. The Parties respectfully request additional time in which to complete discovery.

## BACKGROUND

The Parties request a revised Scheduling Order extending the close of fact discovery and all other case deadlines because of production delays and as of yet unresolved discovery disputes. The most significant issue delaying discovery in this case is the fact that USDA has yet to complete its document production—even though the parties served their subpoenas last fall. As the Court is aware, the Department of Justice informed the parties and the Court that it could take up to **180 days** (approximately September 9, 2014) for the USDA to collect documents before it can review and produce them. [*See* Dkt. No. 97]. The Government explained that because of "various limitations that hamper collection efforts and result in the lengthy timeframes" for document collection and review, that extensive amount of time was needed. *Id.*

Both Mrs. Sherrod and Mr. O'Connor objected to the Government's proposed timetable. [Dkt Nos. 93 & 94] The Parties have asked the USDA whether it could reduce its time estimate for USDA's production and Plaintiff also proposed to further narrow the scope of the USDA's production in an effort to expedite review and production [Dkt. No. 99, Ex. 1]. The USDA, however, has yet to reduce its time estimate or inform the parties when its production will be complete. As indicated in their March 3, 2014 motions to compel, the Parties would welcome the Court's assistance in encouraging USDA to complete its production in a timely manner. Because most of the documents to be produced by the USDA are expected to occur after the May 9, 2014 deadline for the completion of fact discovery, an adjustment of the Scheduling Order is necessary. The Parties are hopeful that with the Court's assistance, the USDA will complete its productions reasonably in advance of September 9, 2014. Should that not occur, the Parties may need to request a further, limited extension of the fact discovery cutoff date.

Pending the Court's resolution of the current motions to expedite the USDA's production of documents, the Parties jointly request a four-month extension of the case schedule. During this period, the parties will continue to work in a diligent and efficient manner.

## REQUESTED RELIEF

Accordingly, the Parties respectfully move for a revised Scheduling Order extending the close of fact discovery by four months to September 9, 2014, and all other case deadlines accordingly, as set forth in the proposed order.

Dated: April 29, 2014

| | |
|---|---|
| /s/ | /s/ *Beth A. Williams* |
| Bruce W. Sanford | Thomas D. Yannucci, P.C. (D.C. Bar #358989) |
| Bruce Brown | Michael D. Jones (D.C. Bar #417681) |
| Mark I. Bailen | Beth A. Williams (D.C. Bar #502522) |
| Thomas E. Hogan | Peter A. Farrell (D.C. Bar #975579) |
| Laurie A. Babinski | Alexander G. Stege (D.C. Bar #1005824) |
| BAKER & HOSTETLER LLP | Heather Bloom (D.C. Bar #988511), |
| 1050 Connecticut Avenue NW, Suite 1100 | *admitted pro hac vice* |
| Washington, DC 20036 | Jonathan Ganter (D.C. Bar # 998378), |
| Tel: (202) 861-1715 | *admitted pro hac vice* |
| Fax:(202) 861-1783 | KIRKLAND & ELLIS LLP |
| *Attorneys for Defendant Larry O'Connor* | 655 Fifteenth Street, N.W. |
| | Washington, DC 20005 |
| | Tel: (202) 879-5000 |
| | Fax: (202) 879-5200 |
| | *Attorneys for Plaintiff* |
| Eric A. Dubelier | Thomas A. Clare, P.C. (D.C. Bar #461964) |
| Daniel Z. Herbst | CLARE LOCKE LLP |
| REED SMITH LLP | 902 Prince Street |
| 1301 K Street NW, Suite 1100 — East Tower | Alexandria, VA 22314 |
| Washington, DC 20005 | Tel: (202) 628-7400 |
| Tel: (202) 414-9200 | *Attorney for Plaintiff* |
| Fax: (202) 414-9299 | |
| *Attorneys for Susannah Breitbart, as successor to Defendant Andrew Breitbart, Deceased* | |
| Harrison J. Dossick | |
| REED SMITH LLP | |
| 1901 Avenue of the Stars, Suite 700 | |
| Los Angeles, CA 90067-6078 | |
| Tel: (310) 734-5200 | |
| Fax: (310) 734-5299 | |
| *Attorneys for Susannah Breitbart, as successor to Defendant Andrew Breitbart, Deceased* | |