UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY SHERROD

       **Plaintiff,**

       v.

SUSANNAH BREITBART, *et al.*,

       **Defendants.**

Case No. 1:11-cv-00477 (RJL)

### NON-PARTIES BREITBART NEWS NETWORK LLC, BREITBART HOLDINGS, INC., BREITBART.TV LLC, AND BREITBART.COM LLC'S MOTION TO PRECLUDE THE FILING OF CERTAIN MATERIAL OR ALTERNATIVELY, MOTION TO FILE SUCH MATERIAL UNDER SEAL

Non-parties Breitbart News Network LLC, Breitbart Holdings, Inc., Breitbart.tv LLC, and Breitbart.com LLC (collectively the "Breitbart Companies"), by and through their undersigned counsel, hereby move pursuant to Paragraph No. 16 of the Protective Order dated January 24, 2014 (the "Protective Order") to preclude Plaintiff Shirley Sherrod from filing certain material referenced in and attached to her Submission Regarding the Law Applicable to the Tort Claims and the Breitbart Companies' Privilege Assertions (ECF No. 152) (the "Submission"), or alternatively, to seal such material. In support of their motion and as good cause therefore, the Breitbart Companies state as follows:

1.      On July 28, 2014, the Court ordered Plaintiff and the Breitbart Companies to submit briefing on the choice of law that applies to the Breitbart Companies' assertions of privilege and whether the law applicable to the substantive claims and defenses in the case affected the question of what law applies to the privilege assertions. See 07/28/14 Transcript at 5:14-20.

2.      In her brief filed on August 18, 2014, Plaintiff redacted certain information that has been designated as "Confidential" under paragraph 2 of the Protective Order.  On August 19, 2014, counsel for Plaintiff provided counsel for the Breitbart Companies with an unredacted version of the brief that shows that Plaintiff seeks to reference therein, and include as an exhibit, a confidential email exchange (attached as Exhibit No. 3 to the brief, Bates No. LOC00000571), between a Breitbart company board member and Defendant Larry O'Connor, as well as other confidential email exchanges between and among these individuals and other personnel from the Breitbart Companies, including their General Counsel (the "Confidential Emails").  The Confidential Emails are entirely irrelevant to the choice of law issue on which the Court requested briefing (as well as any other issue in the case) and there is no basis for these email exchanges to be referenced in the brief or attached as an exhibit.

3.      Moreover, the email exchanges contain non-public, proprietary discussions among Breitbart company personnel that were never intended to be publicly disclosed and thus properly have been designated  as "Confidential" under the terms of the Protective Order.

4.      The Breitbart Companies respectfully seek an order precluding Plaintiff from filing or otherwise making reference to the Confidential Emails.  Alternatively, if the Court allows Plaintiff to file the Confidential Emails, , the Breitbart Companies respectfully ask the Court to issue an order that they  be filed under seal in accordance with the Protective Order as there is no reason to strip the emails and the information contained therein of confidentiality. See, e.g., New York v. Microsoft Corp., 2002 U.S. Dist. LEXIS 8603, **6-8 (D.D.C. Apr. 29, 2002) (granting motion to seal corporate document based on "proffered business interest in maintaining confidentiality").

WHEREFORE, the Breitbart Companies respectfully request that the motion be granted and the Plaintiff be precluded from filing the document and any description of the document or, in the alternative, that the Plaintiff be required to file the document and any description of the document under seal.

Respectfully Submitted,

__/s/Daniel Z. Herbst_____
Eric A. Dubelier (Bar. No. 419412)
Daniel Z. Herbst (Bar. No. 501161)
REED SMITH LLP
1301 K Street NW
Suite 1100 – East Tower
Washington DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
edubelier@reedsmith.com
dherbst@reedsmith.com

Harrison J. Dossick
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
hdossick@reedsmith.com

*Attorneys for Non-parties Breitbart News Network LLC, Breitbart Holdings, Inc., Breitbart.Tv LLC, Breitbart.Com LLC*