UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHIRLEY SHERROD,**<br><br>　　　　　**Plaintiff,**<br><br>　　**v.**<br><br>**SUSANNAH BREITBART,** *et al.,*<br><br>　　　　　**Defendants.** | Case No. 1:11-cv-00477 (RJL) |

**NOTICE OF FILING DOCUMENT UNDER SEAL**

Please take notice that Defendant Susannah Breitbart, as Successor to Andrew Breitbart, Deceased, hereby gives notice of filing Exhibit 2 to her Motion for Summary Judgment (ECF No. 198) under seal pursuant to the January 24, 2014 Protective Order (ECF No. 86).

Dated: December 2, 2014　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ *Daniel Z. Herbst*
　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　Eric A. Dubelier (Bar. No. 419412)
　　　　　　　　　　　　　　　　Daniel Z. Herbst (Bar. No. 501161)
　　　　　　　　　　　　　　　　1301 K Street NW
　　　　　　　　　　　　　　　　Suite 1100 – East Tower
　　　　　　　　　　　　　　　　Washington DC 20005
　　　　　　　　　　　　　　　　Telephone 202-414-9200
　　　　　　　　　　　　　　　　Fax 202-414-9299
　　　　　　　　　　　　　　　　edubelier@reedsmith.com
　　　　　　　　　　　　　　　　dherbst@reedsmith.com

　　　　　　　　　　　　　　　　Harrison J. Dossick (*Pro hac vice*)
　　　　　　　　　　　　　　　　1901 Avenue of the Stars
　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　310.734.5200
　　　　　　　　　　　　　　　　Fax +1 310.734.5299
　　　　　　　　　　　　　　　　hdossick@reedsmith.com
　　　　　　　　　　　　　　　　*Attorneys for Susannah Breitbart, successor to*
　　　　　　　　　　　　　　　　*Andrew Breitbart deceased*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2014, a true and correct copy of the Notice of Filing was served electronic case filing on all parties of record.

*/s/ Daniel Z. Herbst*
Daniel Z. Herbst
